| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | KENT D. HARRIS<br>Supervising Deputy Attorney General |
| 3 | BRENT O. JEX<br>Deputy Attorney General |
| 4 | State Bar No. 235261<br>1300 I Street, Suite 125 |
| 5 | P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| 6 | Telephone: (916) 210-7864<br>Facsimile: (916) 327-8643 |
| 7 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ANNE BARBARA, | Case No. 2:19-cv-1481-JAM |
| Plaintiff | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| CALIFORNIA COMMISSION ON TEACHER CREDENTIALING et al. | |
| Defendants. | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of

1

this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action.

Dated: December 9, 2019      By:   /s/ Lee Anne Barbara_____
Lee Anne Barbara (original signature retained by attorney Brent O. Jex)

XAVIER BECERRA
Attorney General of California
KENT D. HARRIS
Supervising Deputy Attorney General

Dated: December 9, 2019      /s/ Brent O. Jex_____
Brent O. Jex
Deputy Attorney General
Attorneys for Defendants

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 12, 2019

/1481

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE